KIM A. HARRISON, SBN. 298484
LAW OFFICE OF KIM A. HARRISON
1903 21st Street
Sacramento, CA 95811
Telephone: (916) 442-7009
Email: kim@kimharrisonlaw.com

Attorney for Plaintiffs,
ALEXANDRIA DEXTER
& CARL DEXTER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| CARL L. DEXTER and ALEXANDRIA DEXTER<br><br>    Plaintiffs,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION, THE MORTGAGE LAW FIRM, PLC and DOES 1-20 inclusive,<br>    Defendants. | CASE NO. 2:24-CV-03186-DC-CSK<br><br>NOTICE OF VOLUNTARY DISMISSAL |

   NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: December 9, 2024,                            Respectfully submitted

                                                    LAW OFFICE OF KIM A. HARRISON

                                                    By: _____
                                                        Kim A. Harrison
                                                        Attorney for Plaintiffs
                                                        ALEXANDRIA DEXTER & CARL L. DEXTER

1